

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00277-CV

Shawna **SILVAS**,
Appellant

v.

Krystyne F. **ALEKSANDER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11352
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  June 11, 2014

DISMISSED FOR WANT OF PROSECUTION

On April 22, 2014, the trial court clerk filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellant to provide written proof to this court by May 14, 2014, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX.

R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellant failed to respond. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM